# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 24-3480

———————————————

Robert J. Pickle; Randal H. Gorder; Aaron A. Werpy

*Plaintiffs - Appellants*

v.

Minnesota Association of Townships; Jeffrey S. Krueger; Steven M. Fenske;
Minnesota Association of Townships Insurance and Bond Trust; Heather E.
Tidmore; Gary E. Burdorf; Rex A. Edge; Jill K. Hall; Frank D. Hard; Sandra M.
Hooker; Lyle A. Stai; Reno C. Wells; Corey M. Hanson; Jonathan O. Peterson;
Amanda K. Peterson; Bret P. Holte; Wayne S. Thom; Christina L. Lien

*Defendants - Appellees*

———————————————

Appeal from United States District Court
for the District of Minnesota

———————————————

Submitted: June 25, 2025
Filed: June 30, 2025
[Unpublished]

———————————————

Before SHEPHERD, ERICKSON, and GRASZ, Circuit Judges.

———————————————

PER CURIAM.

Minnesota residents Robert Pickle, Randal Gorder, and Aaron Werpy appeal following the district court's[1] dismissal of their pro se complaint for lack of jurisdiction. Upon careful review, we conclude that the district court correctly dismissed the case based on lack of standing. <u>See</u> <u>Laclede Gas Co. v. St. Charles Cty., Mo.</u>, 713 F.3d 413, 417 (8th Cir. 2013) (de novo review of dismissal for lack of subject matter jurisdiction). Because the court lacked jurisdiction over the claims, however, we conclude that the dismissal should be without prejudice. <u>See</u> <u>Hart v. United States</u>, 630 F.3d 1085, 1091 (8th Cir. 2011) (dismissal for lack of subject matter jurisdiction should generally be without prejudice).

Accordingly, we modify the dismissal of all claims to be without prejudice, and otherwise affirm. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Jerry W. Blackwell, United States District Judge for the District of Minnesota.